In the Matter of the Application of the City of New York, Relative to Acquiring Title, etc., to Lands for a Plaza at the Manhattan Bridge Terminal, in the Borough of Brooklyn, City of New York, etc. Meier Stein.

# 934 CASES REPORTED WITH BRIEF SYLLABI.

brink, Petitioner.— Motion to confirm report granted. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ. Order to be settled before the presiding justice, upon notice to the corporation counsel.